FIFTH DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

Case No. 5D2025-2087
LT Case No. 16-2022-CF-7801-A

_____

JOSE MANUEL PINTO FLOREZ,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____


Petition for Belated Appeal.
A Case of Original Jurisdiction.

Jose Manuel Pinto Florez, Sneads, pro se.

James Uthmeier, Attorney General, and Kristie Regan, Assistant
Attorney General, Tallahassee, for Respondent.

September 26, 2025

PER CURIAM.

The petition for belated appeal is granted. A copy of this
opinion shall be filed with the trial court and be treated as the
notice of appeal from the December 20, 2024 judgment and
sentence, rendered in Case No. 16-2022-CF-7801-A, in the Circuit
Court in and for Duval County, Florida. *See* Fla. R. App. P.
9.141(c)(6)(D).

PETITION GRANTED.

JAY, C.J., and LAMBERT and KILBANE, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————